UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CR415-132 |
| | ) | |
| KENNETH COLLIER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Application for leave of absence has been requested by Laura G. Hastay, for the period of Friday, December 11, 2015 through and including Monday, January 4, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  10th  day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA